Richard M. Heimann (State Bar No. 063607)
Joseph R. Saveri (State Bar No. 130064)
Eric B. Fastiff (State Bar No. 182260)
Brendan Glackin (State Bar No. 199643)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Steven E. Fineman (State Bar No. 140335)
Michael J. Miarmi
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

Lowell Haky (State Bar No. 178526)
Vice President and Associate General Counsel
Charles Schwab & Co., Inc.
211 Main Street
San Francisco, CA  94105
Telephone: (415) 667-0622
Facsimile: (415) 667-1638

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| SCHWAB MONEY MARKET FUND; SCHWAB VALUE ADVANTAGE MONEY FUND; SCHWAB RETIREMENT ADVANTAGE MONEY FUND; SCHWAB INVESTOR MONEY FUND; SCHWAB CASH RESERVES; SCHWAB ADVISOR CASH RESERVES; SCHWAB YIELDPLUS FUND; and SCHWAB YIELDPLUS FUND LIQUIDATION TRUST, <br><br>  Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; CREDIT | Case No. 11-cv-4186-EDL <br><br> **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17<br>18<br>19<br>20<br>21<br>22 | SUISSE GROUP AG; J.P.MORGAN CHASE & CO.; HSBC HOLDINGS PLC; BARCLAYS BANK PLC; LLOYDS BANKING GROUP PLC; WESTLB AG; UBS AG; ROYAL BANK OF SCOTLAND GROUP PLC; DEUTSCHE BANK AG; CITIGROUP, INC.; CITIBANK, N.A.; DEUTSCHE BANK SECURITIES; BANC OF AMERICA SECURITIES, LLC; CREDIT SUISSE SECURITIES (USA) LLC.; UBS FINANCIAL SERVICES INC.; J.P. MORGAN SECURITIES INC.; CITIGROUP GLOBAL MARKETS INC.; CITIGROUP FUNDING, INC.; RBS SECURITIES INC. (F/K/A GREENWICH CAPITAL MARKETS, INC.); BANK OF SCOTLAND PLC; CREDIT SUISSE HOLDINGS (USA) INC; CHASE BANK USA; JPMORGAN CHASE BANK NA; JP MORGAN SECURITIES LLC; HSBC BANK USA; HSBC FINANCE CORPORATION; HSBC SECURITIES (USA) INC; BARCLAYS US FUNDING CORP; LLOYDS TSB BANK PLC; UBS FINANCE (DELAWARE) INC; UBS FINANCIAL SERVICES INC; UBS SECURITIES LLC; DEUTSCHE BANK FINANCIAL LLC; CITIZENS BANK, NA; CITIZENS BANK OF MASSACHUSETTS; CITIZENS BANK OF PENNSYLVANIA; and RBS CITIZENS, NA,<br><br>                    Defendants. |

Pursuant to Local Rule 3-12, Plaintiffs hereby submit this Administrative Motion to Consider Whether Cases Should be Related.  This motion concerns the following two cases:

- *Schwab Money Market Fund, et al. v. Bank of America Corporation, et al.*, No. CV-11-4186-EDL (N.D. Cal.); and

- *Charles Schwab Bank, N.A., et al. v. Bank of America Corporation, et al.*, No. CV-11-4187-EDL (N.D. Cal).

The two aforementioned cases are related pursuant to Local Rule 3-12.  Both cases name the same defendants and assert the same substantive allegations of LIBOR manipulation against those defendants.  The only difference between the two is the identity of the plaintiffs.  There would likely be unduly burdensome duplication of labor and expense and conflicting results if the cases were conducted before different judges.

Dated: August 26, 2011              LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By:   /s/ Brendan Glackin

Richard M. Heimann (State Bar No. 063607)
Joseph R. Saveri (State Bar No. 130064)
Eric B. Fastiff (State Bar No. 182260)
Brendan Glackin (State Bar No. 199643)
275 Battery Street, 29th Floor
San Francisco, California  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

Steven E. Fineman (State Bar No. 140335)
Michael J. Miarmi
250 Hudson Street, 8th Floor
New York, New York  10013-1413
Telephone:  (212) 355-9500
Facsimile: (212) 355-9592

Lowell Haky (State Bar No. 178526)
Vice President and Associate General Counsel
THE CHARLES SCHWAB CORPORATION
211 Main Street
San Francisco, California  94105
Telephone: (415) 667-0622
Facsimile: (415) 667-1638

*Attorneys for Plaintiffs*