UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| SCHWAB MONEY MARKET FUND, et al.,<br><br>        Plaintiffs,<br>  v.<br><br>BANK OF AMERICA CORP., et al.,<br><br>        Defendants.<br>_____/ | No. C 11-04186 MEJ<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| CHARLES SCHWAB BANK, N.A., et al.,<br><br>        Plaintiffs,<br>  v.<br><br>BANK OF AMERICA CORP., et al.,<br><br>        Defendants.<br>_____/ | No. C 11-4187 MEJ |

    The case management conference in the above-captioned related cases, currently scheduled for December 8, 2011, is hereby CONTINUED to December 15, 2011 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. All ADR and case management deadlines are adjusted accordingly.

    **IT IS SO ORDERED.**

Dated: September 13, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge