1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

12  SCHWAB MONEY MARKET FUND, *et al.*,          CIVIL CASE NO.: 11-4186 MEJ

13          Plaintiffs,

14             v.                                 [PROPOSED] **ORDER DENYING**
                                                  **PLAINTIFFS' ADMINISTRATIVE**
15                                                **MOTION TO CONSIDER WHETHER**
    BANK OF AMERICA CORPORATION, *et*             **CASES SHOULD BE RELATED**
    *al.*,
16

17          Defendants.                           The Honorable Maria-Elena James
                                                  Courtroom B, 15th Floor

18

19        This Court, having considered the Administrative Motion To Consider Whether Cases Should Be

20  Related (the "Motion") brought by Plaintiffs in *The Charles Schwab Corp., et al. v. Bank of America*

21  *Corp., et al.*, CV 13-2244 PJH (N.D. Cal.), and the arguments presented by the parties, hereby ORDERS

22  that the Motion is DENIED.

23

24  Dated this _5_ day of __June___, 20_13     _____

25                                              The Honorable Maria-Elena James
                                                United States Magistrate Judge

26

27

28

1

2
**PROOF OF SERVICE**

3
I, Ling Chiou, declare as follows:

4
I am employed in the County of San Francisco, State of California; I am over the age of
eighteen years and am not a party to this action; my business address is 555 Mission Street, Suite

5
3000, San Francisco, California 94105, in said County and State.  On the date indicated below, I
served the within:

6

7
**[PROPOSED] ORDER DENYING PLAINTIFFS' ADMINISTRATIVE
MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

8

9
by placing a true and correct copy thereof in an envelope addressed to each of the persons named
below at the address shown, in the manner described below:

10

11
Michael J. Miarmi
Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor

12
New York, NY 10013-1413

13

14
☑   **BY MAIL**: I placed a true copy in a sealed envelope addressed as indicated above, on the
date shown below.  I am familiar with the firm's practice of collection and processing

15
correspondence for mailing.  It is deposited with the U.S. Postal Service on that same day in
the ordinary course of business.  I am aware that on motion of party served, service is

16
presumed invalid if postal cancellation date or postage meter date is more than one day after
date of deposit for mailing in affidavit.

17

18
I declare under penalty of perjury that the foregoing is true and correct.

19
Executed on June 3, 2013, at San Francisco, California.

20

21
_____/s/ Ling Chiou_____
                    Ling Chiou

22

23

24

25

26

27

28